MARCH 31, 1950

**No. 54178.**—Florea & Co., Inc. *v.* United States, petition 6349–R.——————————C. D. 1208. Motion of Government for rehearing denied.